**Order entered September 16, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00227-CR

### BRYAN ZAVALA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 4
### Dallas County, Texas
### Trial Court Cause No. F12-35264-K

## ORDER

This appeal was previously abated for a hearing to determine why appellant's brief, originally due in April 2016, had not been filed. The trial court found, and this Court adopted the finding, that appellant would file his brief by August 18, 2016. To date, no brief has been filed, and appellate counsel has had no communication with the Court.

The Court **ORDERS** the trial court to conduct a hearing to determine why appellant's brief has not been filed. In this regard, the trial court shall make appropriate findings and recommendations and determine whether appellant desires to prosecute the appeal and whether retained counsel has abandoned the appeal. *See* TEX. R. APP. P. 38.8(b). If the trial court cannot obtain appellant's presence at the hearing, the trial court shall conduct the hearing in appellant's absence. *See Meza v. State*, 742 S.W.2d 708 (Tex. App.–Corpus Christi 1987, no pet.) (per

curiam).  If counsel has abandoned the appeal, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, **including appointment of new counsel**.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **THIRTY DAYS** of the date of this order.

This appeal is **ABATED** to allow the trial court to comply with the above order.  The appeal shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.


/s/      ADA BROWN
         JUSTICE